Crane M. Pomerantz, Esq.
Nevada Bar No.: 14103
SKLAR WILLIAMS PLLC
410 South Rampart Boulevard
Las Vegas, Nevada 89145
Telephone: (702) 360-6000
Facsimile: (702) 360-0000

*Attorneys for Defendant Burrow*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| **United States of America**, | Case No. 2:19-cr-00295-GMN-NJK |
| Plaintiff, | |
| v. | **Motion to Excuse Personal Appearance at Status Conference** |
| **Andrea Burrow,** | |
| Defendant. | |

Andrea Burrow ("Ms. Burrow" or the "Defendant") respectfully requests that the Court excuse her appearance at the Status Conference in this matter set for Tuesday, February 18, 2020. In support of her motion, Ms. Burrow states as follows:

1. The parties previously attended a Status Conference relating to the state of discovery in this case on January 6, 2020. At the January 6, 2020 Status Conference, counsel for Ms. Burrow orally moved to excuse her appearance, which the Court granted. The Court set a follow up Status Conference for February 18, 2020.

2. Ms. Burrow currently is employed at a local non-profit entity. Her employment has been vetted and approved by Pre-Trial Services. She is a valuable employee and she wants to continue her employment there.

3. Attending the February 18, 2020 Status Conference would cause her to miss work and could cause a hardship on her.

. . .

4. Counsel regularly speaks with Mr. Burrow, who always makes herself reasonably accessible, and counsel will provide updates on any pertinent matters relating to her case that arise during the February 18, 2020 Status Conference.

For all of the foregoing reasons, Ms. Burrow respectfully requests that the Court excuse her personal appearance at the February 18, 2020 Status Conference.

Respectfully submitted,

SKLAR WILLIAMS PLLC

_____
Crane M. Pomerantz, Esq.
Nevada Bar No. 14103
410 South Rampart Blvd., Suite 350
Las Vegas, Nevada 89145

*Attorneys for Andrea Burrow*

**IT IS ORDERED:**

This 11th day of February, 2020.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE