Crane M. Pomerantz, Esq.
Nevada Bar No.: 14103
SKLAR WILLIAMS PLLC
410 South Rampart Boulevard
Las Vegas, Nevada 89145
Telephone:  (702) 360-6000
Facsimile:  (702) 360-0000

*Attorneys for Defendant Burrow*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| **United States**, | Case No. 2:19-CR-00295 |
| Plaintiff, | **Stipulation and Order to Continue Sentencing Hearing** |
| v. | |
| **Andrea Burrow,** | **(First Request)** |
| Defendant. | |

Defendant Andrea Burrow, by and through the undersigned, and the United States, by and through the undersigned, hereby agree and stipulate, and request an Order from this Court upon such stipulation and agreement, that the sentencing hearing in this matter, currently scheduled for November 25, 2020, at 11:00 am, should be continued at least 14 days, or other time convenient to the Court, as follows:

1.      Late last week, Ms. Burrow was exposed to two co-workers who tested positive for the COVID virus.  She has been quarantining since.  She has been tested for the virus, but has not received the results back.  Over the last two days, she has experienced some flu-like symptoms.  Although the sentencing hearing was supposed to be conducted remotely, this development will prevent Ms. Burrow and undersigned counsel from being together during the hearing, which is important to both.

2.      On the morning of November 24, 2020 (the date of filing the instant stipulation), counsel for government informed Ms. Burrow's counsel that the government had failed to produce certain discovery which appeared in its discovery index. Government counsel states this was inadvertent, but intends to produce the discovery for review by defense counsel.  This evidence could have a bearing on the case.

3.      The defendant is out of custody and does not object to this continuance.

4.      If the Court grants this stipulation, counsel for Ms. Burrow is unavailable between December 28, 2020 and January 4, 2020.

5.      For the reasons stated above, the ends of justice would best be served by a continuance of the sentencing hearing.

6.      The additional time requested by this stipulation is made in good faith and not for purposes of delay.   Additionally, denial of this request for a continuance could result in a miscarriage of justice.

7.      This is the first request for a continuance of the sentencing hearing.

Dated this 24th day of November, 2020

NICHOLAS A. TRUTANICH
United States Attorney

/ s / Timothy Finley                                    / s / Crane Pomerantz
_____        _____
TIMOTHY FINLEY                                   CRANE M. POMERANTZ
DANIEL ZYTNICK                                   Nevada Bar No.: 14103
Trial Attorneys                                          410 South Rampart Boulevard
U.S. Department of Justice                        Las Vegas, Nevada 89145
Consumer Protection Branch

                                                                 *Counsel for Defendant Burrow*

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

**United States**,

Plaintiff,

vs.

**Andrea Burrow**,

Defendant.

Case No. 2:19-CR-00295

**Order Continuing Sentencing Hearing**

The Court, having considered the above stipulation of the parties, and good cause appearing, finds as follows:

1.      Late last week, Ms. Burrow was exposed to two co-workers who tested positive for the COVID virus.  She has been quarantining since.  She has been tested for the virus, but has not received the results back.   Over the last two days, she has experienced some flu-like symptoms.   Although the sentencing hearing was supposed to be conducted remotely, this development will prevent Ms. Burrow and undersigned counsel from being together during the hearing, which is important to both.

2.      On the morning of November 24, 2020 (the date of filing the instant stipulation), counsel for government informed Ms. Burrow's counsel that the government had failed to produce certain discovery which appeared in its discovery index. Government counsel states this was inadvertent, but intends to produce the discovery for review by defense counsel.  This evidence could have a bearing on the case.

3.      The defendant is out of custody and does not object to this continuance.

4.      If the Court grants this stipulation, counsel for Ms. Burrow is unavailable between December 28, 2020 and January 4, 2020.

5.      For the reasons stated above, the ends of justice would best be served by a continuance of the sentencing hearing.

6.      The additional time requested by this stipulation is made in good faith and not for purposes of delay.   Additionally, denial of this request for a continuance could result in a miscarriage of justice.

7.      This is the first request for a continuance of the sentencing hearing.

IT IS ORDERED that the sentencing hearing currently scheduled for November 25, 2020, at the hour of 11:00 a.m., be vacated and continued to December 30, 2020, at the hour of 11:00 a.m. in Courtroom 7D before the Honorable Judge Gloria M. Navarro.

IT IS SO ORDERED this __24__ day of November, 2020.

_____
Honorable Gloria M. Navarro